UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 16, 2020

-against-

20-CR-142 (KMW)

**ORDER**

PARESH PATEL,

                Defendant.
-----------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 11, 2020;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ODERED that the defendant's guilty plea is accepted.

    SO ORDERED.

Dated: New York, New York
       April 16, 2020

                                       /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                                   United States District Judge