UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

PARESH PATEL,

                        Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 142 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/20

KIMBA M. WOOD, District Judge:

    A remote sentencing hearing will be held in the above-captioned case on Monday, September 14, 2020, at 11:00 a.m.

    Members of the press and public who wish to hear the proceeding should dial 917-933-2166.  The Conference ID is 549403917.

    SO ORDERED.

Dated: New York, New York
         September 4, 2020

                                                          *Kimba M. Wood*
                                                KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE