```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/11/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

PARESH PATEL

                       Defendant.
----------------------------------------------------------X

20-CR-142 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The remote sentencing hearing scheduled for Monday, September 14, 2020, is rescheduled for 11:45 a.m.

      The call-in information and Conference ID, referenced in the Court's September 4, 2020, Order remain the same.

      SO ORDERED.

Dated: New York, New York
      September 11, 2020

                                          _____/s/ Kimba M. Wood /_____
                                                KIMBA M. WOOD
                                        United States District Judge