UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

PARESH PATEL,

                    Defendant.
-----------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/21

ORDER
20 CR 142 (KMW)

KIMBA M. WOOD, District Judge:

      The Court notes the availability of COVID-19 vaccines to federal inmates, and hence the risk of being infected by that disease in federal prison is greatly diminished from the time of Mr. Patel's sentencing. The Court hereby schedules a remote conference on May 5, 2021, at 12:00 p.m. to address surrender. The Court will issue a separate Order with dial-in information.

Dated: New York, New York
       April 26, 2021

                                              */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE