UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/21

      -against

**ORDER**
20 CR 142 (KMW)

PARESH PATEL,

                      Defendants.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a remote conference in the above-captioned case on Wednesday, May 5, 2021, at 12:00 p.m.

      Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 843444161. Members of the press and public must join the conference with their telephones on mute.

      SO ORDERED.

Dated: New York, New York
       April 27, 2021

                                         /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE