UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

PARESH PATEL,

                              Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 142 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/21

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Wednesday, May 5, 2021, at 12:00 p.m. is rescheduled for 12:30 p.m. The dial-in information remains the same.

SO ORDERED.

Dated: New York, New York
April 29, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE