USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

PARESH PATEL,

                              Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 142 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on June 8, 2021, at 12:00 p.m. Members of the press and public who wish to join the proceedings should dial 917-933-2166 and enter Conference ID 802764933. All members of the press and public who wish to join the proceeding must do so with their telephones on mute.

SO ORDERED.

Dated: New York, New York
       June 3, 2021

                                            */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE