```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA
```

| | |
|---|---|
| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __8/31/21_____ |

                              v.                          20-CR-142 (KMW)

**ORDER**

PARESH PATEL,

                              Defendant.
-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On August 30, 2021, Defendant Paresh Patel moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (ECF No. 36.)  Patel, who is serving a two-month sentence, is scheduled to be released by the Bureau of Prisons on September 19, 2021.  (*See id.* at 1.)

No later than September 9, 2021, the Government shall respond to Defendant's motion.

SO ORDERED.

Dated: New York, New York
       August 31, 2021

                                        _____/s/ Kimba M. Wood_____
                                              KIMBA M. WOOD
                                           United States District Judge